FILED
ASHEVILLE, N. C.

JUL 28 2005

U.S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| IN RE SEARCH WARRANT | ) | MISC. NO. 1:05mj218 |
| | ) | |
| | ) | MOTION TO SEAL |

NOW COMES the United States of America, by and through Gretchen C. F. Shappert, United States Attorney for the Western District of North Carolina, who moves this Court for an Order directing that the Application and Affidavit for Search Warrant with attachments and the Search Warrant with attachments, this Motion and any order issued pursuant to this be sealed immediately, and that same remain sealed until further order of this Court.

This the 28th day of July, 2005.

GRETCHEN C. F. SHAPPERT
UNITED STATES ATTORNEY

JILL WESTMORELAND ROSE
ASSISTANT UNITED STATES ATTORNEY