FILED
ASHEVILLE, N. C.

JUL 28 2005

U.S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

IN RE SEARCH WARRANT ) NO. 1:05mj218
)
) ORDER SEALING DOCUMENTS

UPON MOTION of the United States of America, by and through Gretchen C. F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the Application and Affidavit for Search Warrant with attachments, Search Warrant with attachments, the Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Application and Affidavit for Search Warrant with attachments, Search Warrant with attachments, the Motion to Seal and this Order be sealed until further order of this court.

This the 28th day of July, 2005.

LACY H. THORNBURG
UNITED STATES DISTRICT JUDGE