# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:05MJ218

| | |
|---|---|
| IN THE MATTER OF THE SEARCH ) | |
| OF SWANNANOA VALLEY FAMILY ) | |
| MEDICINE, DR. JOHN KELLY, 2296 ) | ORDER |
| U.S. HIGHWAY70, SWANNANOA, ) | |
| NORTH CAROLINA. ) | |
| _____ ) | |

**THIS MATTER** is before the court upon petitioner John Jay Kelly, M.D.'s Motion to Strike/Cancel Order and Lis Pendens. Having considered petitioner John Jay Kelly, M.D.'s Motion to Strike/Cancel Order and Lis Pendens and reviewed the pleadings, and it appearing that a response from the government is required, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the government file its response to petitioner John Jay Kelly, M.D.'s Motion to Strike/Cancel Order and Lis Pendens not later than February 7, 2007.

Signed: January 30, 2007

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge