# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:05MJ218

| | | |
|---|---|---|
| **IN THE MATTER OF THE SEARCH** | ) | |
| **OF SWANNANOA VALLEY FAMILY** | ) | |
| **MEDICINE, DR. JOHN KELLY, 2296** | ) | **ORDER** |
| **U.S. HIGHWAY70, SWANNANOA,** | ) | |
| **NORTH CAROLINA.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the court upon petitioner John Jay Kelly, M.D.'s Motion to Strike/Cancel Order and Lis Pendens and the government's February 7, 2007, Answer.  Having considered petitioner John Jay Kelly, M.D.'s  Motion to Strike/Cancel Order and Lis Pendens and reviewed the pleadings, including the Answer, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the petitioner file his reply to the government's "Answer" to petitioner John Jay Kelly, M.D.'s Motion to Strike/Cancel Order and Lis Pendens not later than February 16, 2007.

Signed: February 12, 2007

Dennis L. Howell
United States Magistrate Judge